IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JOHN FREDY RINCON, )
)
Petitioner, )
)
v. ) CV 306-38
)
MICHAEL PUGH, )
)
Respondent )

## ORDER

Before the Court is Petitioner John Fredy Rincon's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner sought credit for time served for a period he spent in the custody of the Immigration and Customs Enforcement while released on bond. Petitioner, however, was subsequently released, rendering his claim **MOOT**. Accordingly, the Petition is **DENIED** and the case is **DISMISSED** without prejudice.

**SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: June 6th, 2007